IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY RUSSELL,<br>**Plaintiff,**<br><br>vs<br><br>SANOFI US SERVICES INC. and<br>SANOFI-AVENTIS U.S. LLC.,<br>**Defendants.** | **CIVIL NO.** 3:23-cv-3665-DWD<br><br>**CJRA TRACK:**<br><br>**TRIAL DATE:** YES<br><br>**JUDGE:** David W. Dugan<br><br><br>**MANDATORY MEDIATION:**   NO |

## JOINT REPORT OF THE PARTIES AND PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f), SDIL-LR 26.1, and SDIL-LR 23.1, an initial conference of the parties was held on February 16, 2024 with attorneys William F. Northrip, Jousef M. Shkoukani, Russell Lewis and Piece Jones participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by March 1, 2024.

2. Depositions of Plaintiff Kathy Russell and her spouse Robert M. Russell shall be taken by May 31, 2024.

3. Parties to complete Deposition of Plaintiff Kathy Russell's Prescribing Oncologist, Dr. Margaret Coplin by June 14, 2024.

4. Plaintiff proposes a March 8, 2024 deadline for filing a motion for leave to amend pleadings. Defendants' position is that the deadline to amend pleadings has passed in the MDL stages of this litigation, as indicated by the Transfer Order, "[a]ll deadlines for plaintiffs to amend their individual complaints without leave of court have passed." Transfer Order, Ex. B at 21, Dkt. No. 7.

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:
Plaintiff's expert(s): November 15, 2024.
Defendant's expert(s): January 31, 2025.

6. Depositions of expert witnesses must be taken by:
Plaintiff's expert(s): December 27, 2024.
Defendant's expert(s): March 14, 2025.

7. The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties ☒ do ☐ do not anticipate a need for an ESI protocol. The parties also agree that trial-preparation materials are protected under the MDL court's ESI Protocol and Protective Order. *See* Pretrial Order No. 71 at 523-28; Rec. Doc. No. 6 Ex. B at 105-17 ("Protective Order").

8. **Discovery** shall be completed by October 25, 2024 (which date shall be no later than **130 days** before the first day of the month of the trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

9. All **dispositive motions** shall be filed by April 4, 2025 (which date shall be no later than **100 days** before the first day of the month of the trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

10. The parties should consult Judge Dugan's case management procedures regarding discovery disputes prior to filing any motions concerning discovery.

DATED: February 16, 2024

Russell W. Lewis, IV and Pierce Jones
Attorney(s) for Plaintiff(s)

William F. Northrip and Jousef Shkoukani
Attorney(s) for Defendant(s)

*s/ David W. Dugan*
DAVID W. DUGAN
U.S. District Judge
DATED: February 22, 2024